IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL TORRES, | No. CIV S-08-2796-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| FAIRFIELD P.D. #4803, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 6, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

---

[1] Although it appears from the file that the findings and recommendations were returned, the parties were properly served. It is the responsibility of the parties to keep the court apprised of their address of record at all times. Pursuant to Local Rule 83-182(d), service of

1

1         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2009, are adopted in full;

2. This action is dismissed, without prejudice, for plaintiff's lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this case.

DATED: April 29, 2009

                                                                     /s/ John A. Mendez
                                                                     UNITED STATES DISTRICT JUDGE

---

documents at the record address of the party is fully effective.